# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:04-CV-2332** |
| **Plaintiff** | : | **(Judge Conner)** |
| **v.** | : | |
| **DORIS C. BECK,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 22nd day of November, 2005, it is hereby ORDERED that plaintiff's unopposed motion (Doc. 12) to confirm the September 8, 2005, United States Marshal sale of the foreclosed real property located at 201 Main Street, Wellsville, Pennsylvania, is GRANTED. The United States Marshal is directed to execute and deliver to RMA ENTERPRISES INC & MOLT LLC, their successors and assigns, a good and sufficient deed, conveying all the right, title and interest of DORIS C. BECK in and to the premises sold located at 201 Main Street, Wellsville, Pennsylvania, 17365. Jurisdiction in the above-captioned matter is retained for such further orders or decrees as may be necessary.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge