**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:04-CV-2332** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **DORIS C. BECK**, | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 8th day of February, 2006, upon consideration of plaintiff's

motion for disbursement of funds (Doc. 14) from the sale of real property located at

201 Main Street, Wellsville, Pennsylvania, and of the order of court dated November

22, 2005 (Doc. 13), confirming the sale of that property, it is hereby ORDERED that

the motion (Doc. 14) is GRANTED.  The United States Marshal is directed to

distribute the proceeds of the sale in accordance with the schedule of distribution

(see Doc. 14).


                             S/ Christopher C. Conner
                             CHRISTOPHER C. CONNER
                             United States District Judge